**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JADA S. HAIR and DWIGHT CLARK,

                      Plaintiff,

            -against-

MARC PAUL JOSEPH GOGUEN,
MCCONNELL TRANSPORT LTD. and
JOHN DOES 1–10 (said names being
fictitious and unknown) and/or ABC
COPRS. 1–10 (said names being fictitious
and unknown),

                    Defendant.
-----------------------------------------------------------------X

**ORDER**

**23-CV-1031 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt Dkt. No. 34 and Dkt. No. 35 which collectively seek to discontinue all claims involving all parties in case number 23-cv-1031. Both of those stipulations have been SO ORDERED. The Clerk of Court is respectfully requested to close case number 23-cv-1031.

      SO ORDERED.

DATED:    New York, New York
           February 18, 2026

                                      _Jennifer E. Willis_
                                   JENNIFER E. WILLIS
                                   United States Magistrate Judge